UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Pamela S. Ryan,

Plaintiff,

vs.

Irwin Toy Co.,

Defendant.

Civil Action No. 01-CV-1346 DSD/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

---

Plaintiff, by and through its counsel, and defendant, by and through its counsel, hereby stipulate and agree that defendant Irwin Toy Co., shall have until September 25, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

Dated: 9/6/01, 2001

MURANE, CONLIN, WHITE & BRANDT

Steven J. Kirsch, # 56121
1800 Piper Jaffray Plaza
444 Cedar St.
St. Paul, MN 55101
(651) 227-9411

Attorneys for Plaintiff
Pamela S. Ryan

Dated: 9/17/01, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Kara L. Benson, #248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Attorneys for Defendant
Irwin Toy Co.

**ORDER**

Based on the foregoing Stipulation, Irwin Toy Co. shall have until September 25, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: September 24, 2001

Susan Richard Nelson

United States Magistrate Judge

M2:20407273.01