UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pamela S. Ryan,

Plaintiff,

vs.

Irwin Toy Co.,

Defendant.

Civil Action No. 01-CV-1346 DSD/SRN

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal of the above-captioned action without prejudice.

**IT IS SO STIPULATED.**

Dated: 10/17, 2001

MURANE, CONLIN, WHITE & BRANDT

[signature]

Steven J. Kirsch, #56121
1800 Piper Jaffray Plaza
444 Cedar St.
St. Paul, MN 55101
(651) 227-9411

Attorneys for Plaintiff
Pamela S. Ryan

FILED 11-6-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Dated: November 2, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Kara L. Benson, #248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Irwin Toy Co.

**ORDER**

Based on the foregoing Stipulation, it is **ORDERED** that the above-captioned action is hereby dismissed without prejudice.

Dated: 11/5/01

UNITED STATES DISTRICT JUDGE

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500